UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GEORGE A. JONES,

    Plaintiff,

vs.

PRINCIPAL POWERS OF THE
UNITED STATES OF AMERICA
AND THE GOVERNMENT,

    Defendant.

Case No. 3:14-cv-312

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on November 17, 2014 (Doc. #3) is **ADOPTED** in full;

2. *Pro se* Plaintiff's complaint is **DISMISSED**; and

3. This case is terminated on the docket of this Court.


Date: December 15, 2014                                                   *s/Thomas M. Rose

                                                                                          THOMAS M. ROSE
                                                                  UNITED STATES DISTRICT JUDGE